UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE LEE REYES,

    Plaintiff,

v.

JULIE K. FLETCHER, et al.,

    Defendants.
_____/

Case No. 1:20-cv-195

HON. JANE M. BECKERING

**ORDER**

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. The remaining Defendants filed a Motion for summary judgment (ECF No. 33). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 4, 2022 (ECF No. 54), recommending that this Court grant in part and deny in part the motion and that this matter be terminated. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 54) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for summary judgment (ECF No. 33) is GRANTED IN PART AND DENIED IN PART. Specifically, the Motion for summary judgment on exhaustion grounds, asserted by Defendants Bomber and Dorsey, is denied, but Defendants' Motion otherwise is granted.

2

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections.  See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:  March 7, 2022                                     /s/ Jane M. Beckering
                                                          JANE M. BECKERING
                                                          United States District Judge